IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                    Plaintiff,

-vs-                                                        Criminal Action No.
                                                           23-00005-01-CR-W-DGK
LANARD DAVON POULAN,

                    Defendant.
_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:        Count One: Possession with Intent to Distribute Cocaine, *in
                           violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

**TRIAL COUNSEL**:
        Government: Bruce Rhoades; a paralegal will assist
                Case Agent:     A case agent will not sit at counsel table.
        Defense:      Lesley Smith

**OUTSTANDING MOTIONS**:        Defendant's Motion to Suppress (Doc. 24*), R&R filed
                                7/13/23 (Doc. 36)*

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government: 3-5  with stipulations; 5-10 without stipulations
        Defense: 1 additional  witness, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government: 10-20 exhibits
        Defense: 5 additional exhibits

**DEFENSES**:
        ( x )   defense of general denial
        (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial              (   ) Possibly for trial
        (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
      Government's case including jury selection: less than 2 days
      Defense case: ½ day

**STIPULATIONS**:
    (   )   not likely
    (   )   not appropriate
    ( x )   likely as to:
        ( x )   chain of custody
        (   )   chemist's reports
        (   )   prior felony conviction
        (   )   interstate nexus of firearm
        (   )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 7, 2023
    Defense: August 7, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: August 7, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing August 21, 2023

**OTHER**:
    (   )   A _____-speaking interpreter is required.
    (   )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                          */s/ Jill A. Morris*_____
                          JILL A. MORRIS
                          United States Magistrate Judge